UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                  Bankr. Case No. 16-23871-GLT-13

KRISTINE S. KESLAR                                                          Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on November 1, 2016 :

AMY L ZEMA
Law Office of Amy L. Zema
2366 Golden Mile Highway
#155
Pittsburgh, PA 15239

Ronda Winnecour
600 Grant Street
Suite 3250 USX Tower
Pittsburgh, PA 15219

By  /s/ Mandy Youngblood
Mandy Youngblood

xxxxx62676 / 910412